# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CHEETAH OMNI LLC V. FUJITSU NETWORK COMMUNICATION

CASE NO. 2014-1332

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance:

     Pro Se    X   As counsel for:  Cheetah Omni LLC

I am, or the party I represent is (select one):

    Petitioner     Respondent     Amicus Curiae     Cross Appellant

 X  Appellant     Appellee     Intervenor

As amicus curiae or intervenor, this party supports (select one):

    Petitioner or appellant     Respondent or appellee

My address and telephone are:

Thomas A. Lewry
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075-1238
Phone:  (248) 358-4400
Fax:  (248) 358-3351
E-mail:  tlewry@brookskushman.com

Statement to be completed by counsel only (select one):

  X    I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel for the party in this case of the matters served upon me.

     I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

     I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/3/ 1986

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):

    yes    X   no

    A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date:  March 21, 2014          /s/ Thomas A. Lewry
                                                Signature of Pro Se or Counsel

cc:  Daniel E. O'Toole, Clerk of Court
     Richard F O'Malley, Jr.
      Counsel for Appellee Tellabs, Inc., et al.

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

**CHEETAH OMNI LLC V. FUJITSU NETWORK COMMUNICATION**

**CASE NO. 2014-1332**

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the Entry of Appearance on counsel of record on  March 21, 2014  by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand Delivery
- ☒ Electronic Means (by email or CM/ECF)

**BROOKS KUSHMAN P.C.**

/s/ Thomas A. Lewry
Thomas A. Lewry
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email: tlewry@brookskushman.com

*Attorneys for Cheetah Omni LLC*