# United States Court of Appeals for the Federal Circuit

---

**CHEETAH OMNI LLC,**
*Plaintiff-Appellant,*

v.

**TELLABS, INC., TELLABS OPERATIONS, INC., and TELLABS NORTH AMERICA, INC.,**
*Defendants-Appellees,*

**AND**

**FUJITSU NETWORK COMMUNICATIONS, INC.,**
*Defendant.*

---

2014-1332

---

Appeal From The United States District Court for the Eastern District of Texas in No. 6:11-cv-00390-TBD, Circuit Judge Timothy B. Dyk, sitting by designation.

---

**UNOPPOSED MOTION OF PLAINTIFF-APPELLANT FOR AN ORDER EXTENDING TIME FOR PLAINTIFF-APPELLANT TO FILE ITS PRINCIPAL BRIEF TO JUNE 5, 2014**

Plaintiff-Appellant, Cheetah Omni LLC ("Cheetah"), for its motion says as follows:

1.      This appeal was timely filed by Cheetah on March 6, 2014. The Notice of Appeal was docketed in this Court on March 7, 2014. As a result, Cheetah's principal brief in this appeal is currently due on May 6, 2014.

2.      Cheetah seeks an order extending the time to file its principal brief to June 5, 2014. The extension sought by Cheetah is for thirty (30) days, and no previous extension of time to file its principal brief has been sought by, or granted to, Cheetah.

3.      There are good reasons for the Court to grant this extension of time. As shown in the declaration of counsel, John S. LeRoy, attached as Exhibit 1, Cheetah's attorneys need additional time to prepare its principal brief. Cheetah's attorneys are currently engaged in other litigation, which will prevent them from devoting the time necessary to prepare the principal brief for Cheetah by the current May 6, 2014 due date.

4.      Pursuant to Fed. R. App. P. 26 and Fed. Cir. R. 26, this Court may enlarge and extend the time in which a party has to file its principal brief.

5.      Cheetah's counsel, Tom Lewry informed Connie Trela, one of the attorneys for Defendants-Appellees, that Cheetah was seeking an extension of time for an additional 30 days to file its principal brief. Ms. Trela stated that Defendants-Appellees would not oppose the requested extension. Because of this, upon information and belief, Defendants-Appellees will not be filing a response to this motion.

6. Attached as Exhibit 1 is the Declaration of John S. LeRoy in support of this motion.

7. Attached as Exhibit 2 is Plaintiff-Appellant's Certificate of Interest pursuant to Fed. Cir. R. 47.4.

8. A Proposed Order is also attached.

**BROOKS KUSHMAN P.C.**

  /s/ John S. LeRoy
Thomas A. Lewry
John S. LeRoy
Christopher C. Smith
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351
Email:  tlewry@brookskushman.com
       jleroy@brookskushman.com
       csmith@brookskushman.com

*Attorneys for Cheetah Omni LLC*

Dated:  April 22, 2014

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CHEETAH OMNI LLC V. TELLABS, INC.**

**CASE NO. 2014-1332**

## CERTIFICATE OF SERVICE

    I certify that I served a copy of **Unopposed Motion of Plaintiff-Appellant for an Order Extending Time for Plaintiff-Appellant to File Its Principal Brief to June 5, 2014, along with Exhibits 1 and 2, and a Proposed Order,** on counsel of record on   April 22, 2014    by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand Delivery
- ☒ Electronic Means (by email or CM/ECF)

**BROOKS KUSHMAN P.C.**

  /s/ John S. LeRoy
Thomas A. Lewry
John S. LeRoy
Christopher C. Smith
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:  (248) 358-3351
Email:  tlewry@brookskushman.com
        jleroy@brookskushman.com
        csmith@brookskushman.com

*Attorneys for Cheetah Omni LLC*

# United States Court of Appeals
# for the Federal Circuit

---

**CHEETAH OMNI LLC,**
*Plaintiff-Appellant,*

v.

**TELLABS, INC., TELLABS OPERATIONS, INC., and TELLABS NORTH AMERICA, INC.,**
*Defendants-Appellees,*

**AND**

**FUJITSU NETWORK COMMUNICATIONS, INC.,**
*Defendant.*

---

2014-1332

---

Appeal From The United States District Court for the Eastern District of Texas in No. 6:11-cv-00390-TBD, Circuit Judge Timothy B. Dyk, sitting by designation.

---

**DECLARATION OF JOHN S. LeROY IN SUPPORT OF UNOPPOSED MOTION OF PLAINTIFF-APPELLANT FOR AN ORDER EXTENDING TIME FOR PLAINTIFF-APPELLANT TO FILE ITS PRINCIPAL BRIEF TO JUNE 5, 2014**

I, John S. LeRoy, declare:

1. I am one of the attorneys of record representing Plaintiff-Appellant Cheetah Omni LLC ("Cheetah") in this matter.

**EXHIBIT 1**

2. Together with Thomas A. Lewry, I will be one of the attorneys performing the work necessary on the principal brief of Cheetah, which is presently due on June 5, 2014.

3. Cheetah's attorneys, including John LeRoy and Thomas Lewry, are involved in several different patent litigation matters that require our immediate attention. Because of these commitments, Cheetah's attorneys have been unable to devote the time necessary to properly prepare Cheetah's principal brief by its current due date.

4. Based on the above, I request a 30-day extension of time to file the principal brief on behalf of Cheetah, thus making the principal brief due on June 5, 2014.

5. I have conferred with counsel for Defendants-Appellees and have been informed that Defendants-Appellees do not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of April, 2014.

                                           /s/ John S. LeRoy
                                           John S. LeRoy

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CHEETAH OMNI LLC v. TELLABS, INC.

## CASE NO. 2014-1332

_____

## CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant, Cheetah Omni LLC, certifies the following:

1.  The full name of every party or amicus represented by me is:

    Cheetah Omni LLC

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Cheetah Omni LLC

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| | |
|---|---|
| Thomas A. Lewry, John S. LeRoy, & Christopher C. Smith<br>Brooks Kushman P.C.<br>1000 Town Center, 22nd Floor<br>Southfield, MI  48075 | Thomas John Ward, Jr., Claire Abernathy Henry & Wesley Hill<br>Ward & Smith Law Firm<br>1127 Judson Road, Suite 220<br>Longview, Texas 75601 |

**EXHIBIT 2**